**MICHAEL N. FEUER**, City Attorney
**KATHLEEN A. KENEALY,** Chief Deputy City Attorney (SBN 212289)
**SCOTT MARCUS,** Senior Assistant City Attorney (SBN 184980)
**CORY M. BRENTE,** Senior Assistant City Attorney (SBN 115453)
**SUREKHA A. SHEPHERD**, Deputy City Attorney (SBN 193206)
200 N. Main Street
City Hall East, 6th Floor
Los Angeles, CA 90012
Phone: (213) 978-7560; Fax No. (213) 978-8785
Email:surekha.shepherd@lacity.org

*Attorneys for Defendants* **CITY OF LOS ANGELES, OFFICER JEFFREY YABANA and OFFICER JEREMY WHEELER**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SLADE DOUGLAS, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF LOS ANGELES; OFFICER YABANA; OFFICER WHEELER; AND DOES 1 TO 10,<br><br>Defendants. | **CASE NO. 2:20-cv-07439-FMO-PD**<br>*Honorable Fernando M. Olguin, 1st St. Crtrm 6D*<br>*Mag. Patricia Donahue, Roybal, Crtrm 580*<br><br>**DEFENDANTS CITY OF LOS ANGELES, OFFICER JEREMY YABANA and OFFICER JEFFREY WHEELER'S ANSWER TO PLAINTIFF'S COMPLAINT FOR DAMAGES; DEMAND FOR JURY TRIAL** |

COME NOW DEFENDANTS, **CITY OF LOS ANGELES, OFFICER JEFFREY YABANA and OFFICER JEREMY WHEELER**, and answer Plaintiff's Complaint in the above-entitled action, for themselves alone and for no other party, and hereby admit, deny, and allege as follows:

/ / /

/ / /

/ / /

# INTRODUCTION

1. Answering paragraph 1, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

2. Answering paragraph 2, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

3. Answering paragraph 3, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

# JURISDICTION AND VENUE

4. Answering paragraph 4, Defendants admit Plaintiff is seeking relief pursuant to 42 U.S.C. Section 1983 and that the United States District Court – Central District of California has jurisdiction of this matter.

5. Answering paragraph 5, Defendants admit the proper venue is the United States District Court-Central District of California.

# PARTIES

6. Answering paragraph 6, Defendants admit that Plaintiff is bringing this action individually, but lack sufficient information as to the remaining allegations therein.

7. Answering paragraph 7, Defendants admit the City of Los Angeles is a municipality but deny the remaining allegations therein.

8. Answering paragraph 8, Defendants admit Officer Yabana is a LAPD Officer, but deny the remaining allegations therein.

9. Answering paragraph 9, Defendants admit Officer Wheeler is a LAPD Officer, but deny the remaining allegations therein.

/ / /

/ / /

10. Answering paragraph 10, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

11. Answering paragraph 11, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

12. Answering paragraph 12, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

13. Answering paragraph 13, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

14. Answering paragraph 14, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

15. Answering paragraph 15, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

16. Answering paragraph 16, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

17. Answering paragraph 17, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

18. Answering paragraph 18, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

/ / /

19. Answering paragraph 19, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

20. Answering paragraph 20, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

21. Answering paragraph 21, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

22. Answering paragraph 22, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

23. Answering paragraph 23, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

24. Answering paragraph 24, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

25. Answering paragraph 25, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

26. Answering paragraph 26, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

27. Answering paragraph 27, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

/ / /

28. Answering paragraph 28, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

29. Answering paragraph 29, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

30. Answering paragraph 30, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

31. Answering paragraph 31, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

32. Answering paragraph 32, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

## **MONELL ALLEGATIONS**

33. Answering paragraph 33, Defendants deny the allegations contained therein.

    A. Answering paragraph 33, sub-section (A), Defendants deny the allegations contained therein.

    B. Answering paragraph 33, sub-section (B), Defendants deny the allegations contained therein.

    C. Answering paragraph 33, sub-section (C), Defendants deny the allegations contained therein.

    D. Answering paragraph 33, sub-section (D), Defendants deny the allegations contained therein.

    E. Answering paragraph 33, sub-section (E), Defendants deny the allegations contained therein.

F. Answering paragraph 33, sub-section (F), Defendants deny the allegations contained therein.

G. Answering paragraph 33, sub-section (G), Defendants deny the allegations contained therein.

34. Answering paragraph 34, Defendants deny the allegations contained therein.

35. Answering paragraph 35, Defendants deny the allegations contained therein.

36. Answering paragraph 36, Defendants deny the allegations contained therein.

**FIRST CLAIM FOR RELIEF**

**42 U.S.C. § 1983 FOR VIOLATIONS OF THE FOURTH AND FOURTEENTH AMENDMENTS OF THE UNITED STATES CONSTITUTION**

**(UNCONSTITUTIONAL DETENTION)**

**(Against All Defendants)**

37. Answering paragraph 37, which incorporates by reference the allegations of other paragraphs of the pleading, Defendants to the same extent incorporate by reference the answers provided herein to those paragraphs.

38. Answering paragraph 38, Defendants deny the allegations contained therein.

39. Answering paragraph 39, Defendants deny the allegations contained therein.

40. Answering paragraph 40, Defendants deny the allegations contained therein.

41. Answering paragraph 41, Defendants deny the allegations contained therein.

42. Answering paragraph 42, Defendants deny the allegations contained therein.

43. Answering paragraph 43, Defendants deny the allegations contained therein.

44. Answering paragraph 44, Defendants deny the allegations contained therein.

45. Answering paragraph 45, Defendants deny the allegations contained therein.

46. Answering paragraph 46, Defendants deny the allegations contained therein.

## SECOND CLAIM FOR RELIEF

## 42 U.S.C. § 1983 FOR VIOLATIONS OF THE FOURTH AND FOURTEENTH AMENDMENTS OF THE UNITED STATES CONSTITUTION

**(Excessive Force)**

**(Against All Defendants)**

47. Answering paragraph 47, which incorporates by reference the allegations of other paragraphs of the pleading, Defendants to the same extent incorporate by reference the answers provided herein to those paragraphs.

48. Answering paragraph 48, Defendants deny the allegations contained therein.

49. Answering paragraph 49, Defendants deny the allegations contained therein.

50. Answering paragraph 50, Defendants deny the allegations contained therein.

51. Answering paragraph 51, Defendants deny the allegations contained therein.

/ / /

/ / /

/ / /

**THIRD CLAIM FOR RELIEF**

**42 U.S.C. § 1983 FOR VIOLATIONS OF THE FIRST AND FOURTEENTH AMENDMENTS OF THE UNITED STATES CONSTITUTION**

**(RETALIATION)**

**(Against All Defendants)**

52. Answering paragraph 52, which incorporates by reference the allegations of other paragraphs of the pleading, Defendants to the same extent incorporate by reference the answers provided herein to those paragraphs.

53. Answering paragraph 53, Defendants deny the allegations contained therein.

54. Answering paragraph 54, Defendants deny the allegations contained therein.

55. Answering paragraph 55, Defendants deny the allegations contained therein.

56. Answering paragraph 56, Defendants deny the allegations contained therein.

**FOURTH CLAIM FOR RELIEF**

**42 U.S.C. § 1983 FOR VIOLATIONS OF THE FOURTEENTH AMENDMENT OF THE UNITED STATES CONSTITUTION**

**(VIOLATION OF DUE PROCESS)**

**(Against All Defendants)**

57. Answering paragraph 57, which incorporates by reference the allegations of other paragraphs of the pleading, Defendants to the same extent incorporate by reference the answers provided herein to those paragraphs.

58. Answering paragraph 58, Defendants deny the allegations contained therein.

59. Answering paragraph 59, Defendants deny the allegations contained therein.

60. Answering paragraph 60, Defendants deny the allegations contained therein.

61. Answering paragraph 61, Defendants deny the allegations contained therein.

## FIFTH CLAIM FOR RELIEF

## DISCRIMINATION ON THE BASIS OF DISABILITY IN VIOLATION OF THE AMERICANS WITH DISABILITIES ACT

### (42 U.S.C. §§ 12101 et seq.)

**(Against All Defendants)**

62. Answering paragraph 62, which incorporates by reference the allegations of other paragraphs of the pleading, Defendants to the same extent incorporate by reference the answers provided herein to those paragraphs.

63. Answering paragraph 63, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

64. Answering paragraph 64, Defendants deny the allegations contained therein.

65. Answering paragraph 65, Defendants deny the allegations contained therein.

66. Answering paragraph 66, Defendants deny the allegations contained therein.

67. Answering paragraph 67, Defendants deny the allegations contained therein.

///
///
///

## SIXTH CLAIM FOR RELIEF
## (BANE ACT, CAL. CIVIL CODE § 52.1)
### (Against All Defendants)

68. Answering paragraph 68, which incorporates by reference the allegations of other paragraphs of the pleading, Defendants to the same extent incorporate by reference the answers provided herein to those paragraphs.

69. Answering paragraph 69, Defendants deny the allegations contained therein.

70. Answering paragraph 70, Defendants deny the allegations contained therein.

71. Answering paragraph 71, Defendants deny the allegations contained therein.

72. Answering paragraph 72, Defendants deny the allegations contained therein.

73. Answering paragraph 73, Defendants deny the allegations contained therein.

## SEVENTH CLAIM FOR RELIEF
## (BATTERY)
### (Against All Defendants)

74. Answering paragraph 74, which incorporates by reference the allegations of other paragraphs of the pleading, Defendants to the same extent incorporate by reference the answers provided herein to those paragraphs.

75. Answering paragraph 75, Defendants deny the allegations contained therein.

76. Answering paragraph 76, Defendants deny the allegations contained therein.

77. Answering paragraph 77, Defendants deny the allegations contained therein.

78. Answering paragraph 78, Defendants deny the allegations contained therein.

79. Answering paragraph 79, Defendants deny the allegations contained therein.

## EIGHTH CLAIM FOR RELIEF
## (FALSE ARREST AND IMPRISONMENT)
### (Against All Defendants)

80. Answering paragraph 80, which incorporates by reference the allegations of other paragraphs of the pleading, Defendants to the same extent incorporate by reference the answers provided herein to those paragraphs.

81. Answering paragraph 81, Defendants deny the allegations contained therein.

82. Answering paragraph 82, Defendants deny the allegations contained therein.

83. Answering paragraph 83, Defendants deny the allegations contained therein.

84. Answering paragraph 84, Defendants deny the allegations contained therein.

## NINTH CLAIM FOR RELIEF
## (NEGLIGENCE)
### (Against All Defendants)

85. Answering paragraph 85, which incorporates by reference the allegations of other paragraphs of the pleading, Defendants to the same extent incorporate by reference the answers provided herein to those paragraphs.

84. (sic)   Answering paragraph 84 (sic), Defendants deny the allegations contained therein.

85. (sic)   Answering paragraph 85 (sic), Defendants deny the allegations contained therein.

86. Answering paragraph 86, Defendants deny the allegations contained therein.

87. Answering paragraph 87, Defendants deny the allegations contained therein.

88. Answering paragraph 88, Defendants deny the allegations contained therein.

## TENTH CLAIM FOR RELIEF
## (NEGLIGENT EMPLOYMENT AND SUPERVISION)
### (Against Defendant City of Los Angeles)

89. Answering paragraph 89, which incorporates by reference the allegations of other paragraphs of the pleading, Defendants to the same extent incorporate by reference the answers provided herein to those paragraphs.

90. Answering paragraph 90, Defendants deny the allegations contained therein.

91. Answering paragraph 91, Defendants deny the allegations contained therein.

92. Answering paragraph 92, Defendants deny the allegations contained therein.

93. Answering paragraph 93, Defendants deny the allegations contained therein.

94. Answering paragraph 94, Defendants deny the allegations contained therein.

95. Answering paragraph 95, Defendants deny the allegations contained therein.

## AFFIRMATIVE DEFENSES

As separate and distinct affirmative defenses, Defendants allege each of the following:

## FIRST AFFIRMATIVE DEFENSE

The force used against Plaintiff, if any, was caused and necessitated by the actions of Plaintiff, and was reasonable and necessary for self-defense.

## SECOND AFFIRMATIVE DEFENSE

The force used against Plaintiff, if any, was caused and necessitated by the actions of Plaintiff, and was reasonable and necessary for the defense of others.

## THIRD AFFIRMATIVE DEFENSE

The state claims are barred for Plaintiff's failure to comply with the provisions of the California Tort Claims Act, Government Code § 910 et seq.

## FOURTH AFFIRMATIVE DEFENSE

Plaintiff is barred from recovering punitive damages against the Officers in their official capacity.

## FIFTH AFFIRMATIVE DEFENSE

As to the federal claims and theories of recovery, the answering individual Defendants are protected from liability under the doctrine of qualified immunity, because Defendants' conduct did not violate clearly established statutory or constitutional rights of which a reasonable officer would have known.

## SIXTH AFFIRMATIVE DEFENSE

Plaintiff lacks standing to sue pursuant to the Americans with Disabilities Act.

## SEVENTH AFFIRMATIVE DEFENSE

Defendant City of Los Angeles is immune from the imposition of punitive damages.

## EIGHTH AFFIRMATIVE DEFENSE

Defendants are immune from liability pursuant to the provisions of each of the following California statutes, each of which is set forth as a separate and distinct affirmative defense:

Government Code §§ 815.2; 818; 820(b); 820.2; 820.4; 820.8; 821.6; 822.2; 845.6; 845.8; 855.4; 855.6; 855.8;

1 Civil Code § 3333.3;
2 Penal Code §§ 835(a); 836.5 and 847.

### NINTH AFFIRMATIVE DEFENSE

Defendants allege Plaintiff fails to state facts sufficient to constitute a cause of action on which relief can be granted against Defendants.

Defendants hereby reserve the right to amend this Answer in accordance with the Federal Rules of Civil Procedure and subject to the Court's approval.

### PRAYER FOR RELIEF

W H E R E F O R E, Defendants **CITY OF LOS ANGELES, OFFICER JEFFREY YABANA and OFFICER JEREMY WHEELER** pray for judgment as follows:

1. That Plaintiff take nothing by this action and his requests for relief be denied;
2. That the action be dismissed;
3. That Defendants be awarded costs of suit;
4. That Defendants be awarded other and further relief as the Court may deem just and proper, including an award of attorney's fees pursuant to 42 U.S.C. § 1988.

/ / /
/ / /
/ / /

## DEMAND FOR JURY TRIAL

Defendants **CITY OF LOS ANGELES, OFFICER JEFFREY YABANA and OFFICER JEREMY WHEELER** demand and request a trial by jury in this matter.

DATED: October 22, 2020

**MICHAEL N. FEUER**, City Attorney
**KATHLEEN A. KENEALY,** Chief Deputy City Atty.
**SCOTT MARCUS,** Chief, Civil Litigation Branch
**CORY M. BRENTE,** Senior Assistant City Atty.

By: /S/ *Surekha A. Shepherd*
**SUREKHA A. SHEPHERD**
Deputy City Attorney

*Attorneys for Defendants* **CITY OF LOS ANGELES, OFFICER JEFFREY YABANA and OFFICER JEREMY WHEELER**