Paul Hoffman, SBN 071244
John Washington, SBN 315991
SCHONBRUN SEPLOW HARRIS
HOFFMAN & ZELDES LLP
200 Pier Avenue, Suite 226
Hermosa Beach, CA 90254
Telephone: (310) 396-0731
Fax: (310) 396-0731
Emails:hoffpaul@aol.com
jwashington@sshhzlaw.com

*Former Attorneys for Plaintiff Slade Douglas*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SLADE DOUGLAS, individually, | Case No. 2:20-cv-07439-MEMF-PD |
| Plaintiff, | **NOTICE OF LIEN** |
| vs. | |
| CITY OF LOS ANGELES; OFFICER YABANA; OFFICER WHEELER; AND DOES 1 TO 10, | |
| Defendants. | |

**TO THIS COURT, ALL PARTIES AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that the law firm of Schonbrun Seplow Harris Hoffman & Zeldes LLP ("SSHHZ"), former attorneys for Plaintiff Slade Douglas ("Plaintiff"), hereby asserts a lien against any recovery obtained by the Plaintiff for attorneys' fees and costs incurred by SSHHZ in connection with this action.

In the event that there is a payment by Defendants to Plaintiff or his counsel as a result of judgment or settlement, SSHHZ should be listed as payees on any draft or check issued to the Plaintiff or their counsel in connection with this action.

DATED: July 12, 2022.    SCHONBRUN SEPLOW HARRIS HOFFMAN & ZELDES LLP

By: s/John Washington
JOHN WASHINGTON
Former Attorneys for Plaintiff, SLADE DOUGLAS