PETER L. CARR, IV (SBN 256104)
NA'SHAUN L. NEAL (SBN 284280)
LAUREN K. MCRAE (SBN 331296)
**PLC LAW GROUP, APC**
3756 SANTA ROSALIA DR., SUITE 326
LOS ANGELES, CA 90008
TELEPHONE: (310) 400-5890
FACSIMILE:  (310) 400-5895
pcarr@theplclawgroup.com
nneal@theplclawgroup.com
lmcrae@theplclawgroup.com
Attorneys for Plaintiff
Slade Douglas

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Slade Douglas,<br><br>         Plaintiff,<br>    vs.<br><br>City of Los Angeles, et al.,<br><br>         Defendants. | Case No.: 2:20-cv-07439-MEMF-PD<br><br>**PLAINTIFF'S APPLICATION TO FILE DOCUMENTS UNDER SEAL** |

Pursuant to Civil Local Rule 79-5.2, and this Court's Protective Order, Plaintiff, by and through his counsel, respectfully submit this application for an order permitting Plaintiff to file the following documents under seal.

These documents contain confidential information concerning Defendants that are subject of the Protective Order governing this case.

Plaintiff seeks to file under seal the following unredacted documents:

- Plaintiff's Notice of Motion and Motion for Leave to File an Amended Complaint; Memorandum of Points and Authorities

- Declaration of Peter L. Carr IV, in Support of Plaintiff's Motion for Leave to File an Amended Complaint
- Exhibit A – Officer Wheeler's First Responder Wellness Records
- Exhibit B - Officer Wheeler's Behavioral Services Sciences Records
- Exhibit C – Plaintiff's Proposed First Amended Complaint
- Exhibit D – Internal Affairs File

Plaintiff attaches hereto the Declaration of Peter L. Carr, IV in support of this application, and also files a proposed order. Plaintiff has also submitted to the Court by electronic mail a Word version of the proposed order.

Dated: April 16, 2025                     **PLC LAW GROUP, APC**

*/s/ Peter L. Carr IV*
Peter L. Carr, IV
Na'Shaun L. Neal
Lauren K. McRae
Attorneys for Plaintiff Slade Douglas

# MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF APPLICATION TO FILE DOCUMENTS UNDER SEAL

## I. INTRODUCTION

Plaintiff Slade Douglas obtained information via Defendant Wheeler's personnel records and medical records that are protected by the Protective Order in this matter. Because Defendants have asserted that this information is protected, documents referencing this information are required to be protected in court filings. To protect the confidential disclosures, Plaintiff should be allowed to file under seal unredacted information related to his personnel records and medical condition, because the unredacted information is needed for the Court to make a determination on Plaintiff's pending motion for leave to file an amended complaint.

## II. LEAVE TO FILE UNDER SEAL SHOULD BE GRANTED TO PROTECT CONFIDENTIAL COMMUNCIATIONS PROVIDED TO PLAINTIFF

A request to seal material must normally meet the high threshold of showing that "compelling reasons" support secrecy. *Kamakana v. City and County of Honolulu,* 447 F.3d 1172, 1178 (9th Cir. 2006). However, where the material is, at most, "tangentially related to the merits of a case," the request to seal may be granted on a showing of "good cause". *Id.* at 1097-1101.

Pursuant to Local Rule 79-5, Plaintiff seeks leave to file under seal unredacted Plaintiff's Notice of Motion and Motion for Leave to File an Amended Complaint; Memorandum of Points and Authorities; Declaration of Peter L. Carr IV; and Exhibits because these documents contain confidential medical information and police personnel records that are necessary for resolution of the pending discovery issues.

1   While the public has a strong interest in having information, the documents
2   at issue deal with highly personal and sensitive issues pertaining to the Defendant's
3   medical status and personnel history.
4   The public's interest in knowing Defendant Wheeler's personal medical and
5   personnel information is not substantial at this point, as this information concerns
6   the pending discovery issues.
7   Further, Plaintiff's request is narrowly tailored and presents compelling
8   reasons to support secrecy. Plaintiff is only seeking to protect the medical and
9   employment information which are not related to the merits of this case at this
10  time. Plaintiff filed a redacted document related to the issues. Therefore, the
11  public's interest in having relevant information to the merits of this case is not
12  prevent by the Court's granting of Plaintiff's instant request to file documents
13  under seal.
14  ///
15  ///
16  ///

For the foregoing reasons, Plaintiff respectfully requests the Court grant Plaintiff's request for leave to file the following unredacted documents:

- Plaintiff's Notice of Motion and Motion for Leave to File an Amended Complaint; Memorandum of Points and Authorities
- Declaration of Peter L. Carr IV, in Support of Plaintiff's Motion for Leave to File an Amended Complaint
- Exhibit A – Officer Wheeler's First Responder Wellness Records
- Exhibit B - Officer Wheeler's Behavioral Services Sciences Records
- Exhibit C – Plaintiff's Proposed First Amended Complaint
- Exhibit D – Internal Affairs File

Dated: April 16, 2025

**PLC LAW GROUP, APC**
*/s/ Peter L. Carr IV*
Peter L. Carr, IV
Na'Shaun L. Neal
Lauren K. McRae
Attorneys for Plaintiff Slade Douglas