**HYDEE FELDSTEIN SOTO**, City Attorney (SBN 106866)
**DENISE C. MILLS**, Chief Deputy City Attorney (SBN 191992)
**KATHLEEN KENEALY**, Chief Assistant City Attorney (SBN 212289)
**CORY M. BRENTE**, Senior Assistant City Attorney (SBN 115453)
**SUREKHA A. SHEPHERD,** Assistant City Attorney (SBN 193206)
200 North Main Street, 6th Floor, City Hall East
Los Angeles, California 90012
Phone No.: (213) 978-7036   |   Fax No.: (213) 978-8785
Email surekha.shepherd@lacity.org

*Attorneys for Defendant* **CITY OF LOS ANGELES**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SLADE DOUGLAS, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF LOS ANGELES; OFFICER YABANA; OFFICER WHEELER; AND DOES 1 TO 10,<br><br>Defendants. | **CASE NO. 2:20-cv-07439-MEMF-PD**<br>*Hon. Maame Ewusi-Mensah Frimpong, Ctrm 8B*<br>*Mag. Patricia Donahue, Roybal, Ctrm 580*<br><br>**DEFENDANT CITY OF LOS ANGELES' OPPOSITION TO EX PARTE APPLICATION FILED ON APRIL 17, 2025 (DKT. 237)** |

**TO THE HONORABLE COURT, THE PARTIES AND THEIR COURNSEL:**

Defendant **CITY OF LOS ANGELES** opposes the ex parte application filed by Plaintiff on April 17, 2025 on the same grounds as set forth in the Shepherd Declaration filed on the morning of April 17, 2025. (Dkt. 232) Once again, Plaintiff has failed to identify the requisite good cause for ex parte relief and has failed to justify repeated

filings at which time Mr. Carr is aware that the City's counsel is away from the office due to bereavement. *Mission Power Eng'g Co. v. Cont'l Cas. Co.*, 883 F. Supp. 488, 492 (C.D. Cal. 1995). Since there is no emergency at issue, the Application should be denied and Plaintiff should be advised to cease and desist from abusing the ex parte process.

Dated: April 18, 2025

**HYDEE FELDSTEIN SOTO**, City Attorney
**DENISE C. MILLS**, Chief Deputy Atty.
**KATHLEEN KENEALY,** Chief Asst. City Attorney
**CORY M. BRENTE**, Senior Assistant City Attorney

By: *Surekha A. Shepherd*
**SUREKHA A. SHEPHERD,** Asst. City Atty.
*Attorneys for Defendant,* **CITY OF LOS ANGELES**